**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUDREY HAMPTON, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:10-cv-01775-RLH-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| COUNTRYWIDE HOME LOANS, INC.; ) | |
| BAC HOME LOANS SERVICING, LP, a ) | |
| subsidiary of BANK OF AMERICA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court the Stipulated Motion of Defendants and Plaintiff to Extend the Discovery and Case Management Deadlines (#40) filed November 23, 2011.  Upon review and consideration,

**IT IS ORDERED** that the Stipulated Motion of Defendants and Plaintiff to Extend the Discovery and Case Management Deadlines (#40) is **granted**.  The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **March 5, 2012**
2. Last date to amend pleadings and add parties: **December 6, 2011**
3. Last date to file interim status report: **January 5, 2012**
4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **January 5, 2012**
5. Last date to disclose rebuttal experts: **February 6, 2012**
6. Last date to file dispositive motions: **April 4, 2012**
7. Last date to file joint pretrial order:  **May 4, 2012**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

**IT IS FURTHER ORDERED** the disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

DATED this 28th day of November, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge