1  STOVALL & ASSOCIATES
   LESLIE MARK STOVALL, ESQ.
2  Nevada Bar No. 2566
   ROSS H. MOYNIHAN, ESQ.
3  Nevada Bar No. 11848
   3216 W. Charleston Blvd., Suite B
4  Las Vegas, Nevada 89102
   (702) 258-3034
5  Attorneys for Plaintiff

6              UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF NEVADA                    GWF

8  AUDREY HAMPTON,                    )   CASE NO.:2:10-cv-01775-RLH-~~PAL~~
                                      )
9           Plaintiff,                )   STIPULATED MOTION OF
                                      )   DEFENDANTS AND PLAINTIFF TO
10 vs.                                )   EXTEND THE DISCOVERY CUT
                                      )   OFF DATE (Second Request)
11 COUNTRYWIDE HOME LOANS, INC.; BAC  )
   HOME LOANS SERVICING, LP, a subsidiary )
12 of BANK OF AMERICA; FEDERAL LOAN   )
   MORTGAGE COMPANY;                  )
13                                    )
            Defendants.                )
14 _____  )

15      Plaintiff, by and through her attorneys, STOVALL & ASSOCIATES, hereby submits a

16 Stipulated Motion to Extend the Discovery, pursuant to Local Rules 6-1 and 26-4. Defendants Bank

17 of America, N.A., successor by merger with BAC Home Loans Servicing, LP, Countrywide Home

18 Loans, Inc. And Plaintiff, Audrey Hampton (collectively "The Parties"), request the extension of the

19 current discovery cut off date of March 5, 2012.

20      This is a wrongful foreclosure action. This action was filed by Plaintiff on September 10,

21 2010. (Dkt. #1.) After initial motions and answers, on June 16, 2011, the Court entered a discovery

22 plan. (Dkt. #35). The parties have already provided their initial disclosures. The parties have engaged

23 in written discovery, with each party having served answers and supplements. To date, there have

24 not been any depositions taken. The parties have not yet disclosed experts or conducted any expert-

25 related discovery. The Parties filed their first stipulated motion to extend time regarding

26 discovery/nondsipositive matter. (Dkt. #40.) On November 28, 2011, an Order was issued granting

27 the joint motion to extend discovery deadlines. (Dkt. #41).

28      Defendants have supplemented their responses to Plaintiff's discovery requests but are still

attempting to retrieve additional documents and require approximately one (1) month to do so. In addition, Defendants have recently disclosed the names and contact information of various employees that Plaintiff must depose. Plaintiff requires approximately three (3) months to depose said employees. Furthermore, Defendants are still evaluating Plaintiff's loan modification which, if approved, would facilitate settlement. The discovery deadline is March 5, 2012. This is the second request for extension.

Accordingly, the parties request a ninety (90) day extension to the existing discovery and case management deadlines. Under the extension,

1. Last date to complete discovery: **June 5, 2012**;
2. Last date to amend pleadings and add parties: **March 5, 2012**;
3. Last date to file interim status report: **April 5, 2012**;
4. Last date to disclose experts pursuant to Fed. R.Civ. P. 26(a)(2): **April 5, 2012**;
5. Last date to disclose rebuttal experts: **May 7, 2012**;
6. Last date to file dispositive motions: **July 5, 2012**; and
7. Last date to file joint pretrial order: **August 6, 2012.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after a decision of the dispositive motions.

**DATED** this 2nd day of March, 2012.

/s/ J. Christopher Jorgensen                    /s/Ross H. Moynihan

J. CHRISTOPHER JORGENSEN, ESQ.      ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 5382                             Nevada Bar No. 11848
Lewis and Roca LLP                              Stovall & Associates
3993 Howard Hughes Pkwy, Ste 600                3216 W. Charleston Blvd., Ste. B
Las Vegas, NV 89169                             Las Vegas, NV 89102
(702) 949-8200                                  (702) 258-3034

## CERTIFICATE OF MAILING

I hereby certify that on the March 2, 2012, I caused to be served a true and correct copy of the foregoing **STIPULATED MOTION OF DEFENDANTS AND PLAINTIFF TO EXTEND THE DISCOVERY CUT OFF DATE** (Second Request), by mail using the United States Postal Service with frst class postage prepaid thereon in a sealed envelope addressed to the following:

J. CHRISTOPHER JORGENSEN, ESQ.
Lewis and Roca LLP
3993 Howard Hughes Pkwy, Ste 600
Las Vegas, NV 89169
Attorney for Defendants
BAC Home Loans Servicing, LP and
Countrywide Home Loans, Inc.


/s/ Isolde Parr
_____
An employee of STOVALL & ASSOCIATES

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AUDREY HAMPTON, | CASE NO.:2:10-cv-01775-RLH-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOANS SERVICING, LP, a subsidiary of BANK OF AMERICA; FEDERAL LOAN MORTGAGE COMPANY; | |
| Defendants. | |

This matter is before the Court with the Stipulated Motion of Defendants and Plaintiff to Extend Discovery and Case Management Deadlines (#41), filed March 2, 2012. Upon review an consideration,

**IT IS ORDERED** that the Stipulated Motion of Defendants and Plaintiff to Extend the Discovery and Case Management Deadlines (#41) is **granted**. The following discover yplan and scheduling order dates shall apply:

1. Last date to complete discovery: **June 5, 2012**;

2. Last date to amend pleadings and add parties: **March 5,2012**;

3. Last date to file interim status report: **April 5, 2012**;

4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **April 5, 2012**;

5. Last date to disclose rebuttal experts: **May 7, 2012;**

6. Last date to file dispositive motions: **July 5, 2012**; and

7. Last date to file joint pretrial order: **August 6, 2012.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30

days after a decision of the dispositive motions.

**IT IS FURTHER ORDERED** the disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

**DATED** this  6th  day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge