UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| AUDRY HAMPTON, | Case No. 2:10-cv-01775-MMD-GWF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOANS SERVICING, LP, a subsidiary of BANK OF AMERICA; FEDERAL LOAN MORTGAGE COMPANY, | |
| Defendants. | |

The parties filed separate pretrial status reports to request a stay of 180 days. (Dkt. nos. 47 & 48.)  The cited reason for the stay is to permit Plaintiff to complete her bankruptcy case and then go through the loan modification process, although it is not clear that resolution may be reached within 180 days.  Defendants submit that additional discovery will be required should the case not settle.  However, any remaining discovery should have been completed before the discovery deadline of June 5, 2012.  (Dkt. no. 41.)  In fact, in the last Stipulation and Order for extension of the deadlines, the joint pretrial order deadline was set for August 6, 2012.  (*Id.*)  The parties missed this deadline, which prompted the Court to order the parties to file the joint pretrial order by August 31, 2012.  While the Court encourages the parties to work towards a resolution, the Court does not find good cause to stay this case for 180 days.  However, the Court will grant a limited continuance of the deadline to file the joint pretrial order.  It is ordered that the parties file a status report to address the progress of Plaintiff's bankruptcy and/or

1  the loan modification process in ninety (90) days.  Depending on the report, the Court
2  will set a new deadline for the filing of the joint pretrial order.
3      IT IS ORDERED that a status report is due December 4, 2012.

5  DATED THIS 5th day of September 2012.

                        UNITED STATES DISTRICT JUDGE