# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AUDREY HAMPTON, | ) |
| Plaintiff, | ) Case No. 2:10-cv-01775-RLH-GWF |
| vs. | ) **ORDER** |
| COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOANS SERVICING, LP, a subsidiary of BANK OF AMERICA, | ) |
| Defendants. | ) |

This matter comes before the Court on Defendants' Pre-trial Status Report (#47), filed on August 31, 2012 and Plaintiff's Joinder to Defendants' Pre-trial Status Report (#48), filed on August 31, 2012. The parties represent to the Court that Plaintiff filed Chapter 7 Bankruptcy earlier this year and that settlement negotiations in this matter are contingent on the conclusion of Plaintiff's bankruptcy. The parties therefore request the Court stay this matter for 180 days pending conclusion of Plaintiff's bankruptcy. Based on the parties' representations and in the interest of judicial economy, the Court will stay this case for a period of **180 days**. The parties shall file a status report with the Court no later than **March 15, 2013**, informing the Court of the status of Plaintiff's bankruptcy petition. Accordingly,

**IT IS SO ORDERED**.

DATED this 17th day of September 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge