**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUDREY HAMPTON, )<br> )<br> Plaintiff, )<br> )<br>vs. )<br> )<br>COUNTRYWIDE HOME LOANS, INC.; )<br>BAC HOME LOANS SERVICING, LP, a )<br>subsidiary of BANK OF AMERICA, )<br> )<br> Defendants. )<br>_____ ) | Case No. 2:10-cv-01775-RLH-GWF<br><br>**ORDER** |

 This matter is before the Court on the Joint Status Report (#52) filed December 4, 2012. Upon review and consideration,

 **IT IS ORDERED** that a stay of the completion of discovery and the filing of the joint pretrial order is granted until **February 8, 2013**.

 **IT IS FURTHER ORDERED** that the parties are to file a status report on or before **February 5, 2013**.

 DATED this 5th day of December, 2012.

 _____
 GEORGE FOLEY, JR.
 United States Magistrate Judge