J. Christopher Jorgensen (SBN 5382)
Dale Kotchka-Alanes (SBN 13168)
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants*
*BAC Home Loans Servicing, LP and*
*Countrywide Home Loans, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AUDREY HAMPTON,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.;<br>BAC HOME LOANS SERVICING, LP, a<br>subsidiary of BANK OF AMERICA,<br><br>    Defendants. | Case: 2:10-cv-01775-MMD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

-1-

through their respective counsel of record, that the above-captioned action be dismissed, with prejudice, each party to bear its own fees and costs.

| LEWIS ROCA ROTHGERBER LLP | STOVALL & ASSOCIATES #13333 |
|---|---|
| J. Christopher Jorgensen<br>Dale Kotchka-Alanes<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, NV 89169<br>*Attorneys for Defendants*<br>DATED: 1/21/15 | Leslie Mark Stovall<br>Christopher Elsee<br>2301 Palomino Lane<br>Las Vegas, NV 89107<br>*Attorneys for Plaintiff*<br>DATED: 01/21/15 |

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
DATED: January 22, 2015